UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOUGLAS JONES, JR.,

    Plaintiff,

v.

                                    Case No. 1:23-cv-820

UNKNOWN PARTY #1, et al.,          Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On August 7, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Plaintiff's Complaint be dismissed (ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on August 21, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the case is **DISMISSED**.

A judgment will issue in accordance with this order.

Dated: August 24, 2023                    /s/Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        CHIEF UNITED STATES DISTRICT JUDGE